UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:26-cv-02011-JWH-ADS | Date | October 7, 2026 |
| Title | *Brittany Anderson v. Capital One, N.A.* | | |

| | |
|---|---|
| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Clarissa Lara | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR PLAINTIFF'S FAILURE TO PARTICIPATE IN THE PREPARATION OF A JOINT RULE 26(f) REPORT**

A court may, on motion or on its own initiative, issue any just order if a party or its attorney fails to obey a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C). A party may be sanctioned for a late filing under L.R. 7-13, which includes monetary sanctions or the imposition of costs and attorneys' fees. *See* L.R. 83-7.

It appears that Plaintiff Brittany Anderson has failed to join Defendant Capital One, N.A. in filing a Joint Report pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and the Court's Order Setting a Scheduling Conference.[1] On September 18, 2026—the day that the parties' Joint Report was due—Capital

[1] *See* Order Setting Scheduling Conference [ECF No. 11].

One filed a unilateral Status Report that states that Anderson's counsel could not join Capital One in filing a Joint Report due to a family emergency.[2]

More than two weeks have elapsed since the deadline for the parties to file a Joint Rule 26(f) Report, but Anderson has not filed an explanation, nor filed her own Rule 26(f) Report, nor sought to join Capital One's Report. Accordingly, the Court, on its own motion, hereby **ORDERS** as follows:

1. Anderson's counsel is **ORDERED** to **SHOW CAUSE** in writing no later than October 23, 2026, why sanctions in the amount of $500 should not be imposed. Anderson's counsel's failure to respond, or an unsatisfactory response, may result in the imposition of additional sanctions.

2. A hearing on this Order to Show Cause is **SET** for November 6, 2026, at 11:00 a.m. in Courtroom 9D of the Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th Street, Santa Ana, California. Anderson's counsel is **DIRECTED** to appear in person at that time and place.

**IT IS SO ORDERED.**

---

[2] *See id.* at 2:11-17; Def.'s Rule 26(f) Status Report [ECF No. 13] 1 n.1.